UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv264-RJC

| | |
|---|---|
| ROBERT PARHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FNU PARSONS, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Compel Discovery. (Doc. No. 40). Plaintiff does not state in the motion what discovery he is seeking from Defendants. Plaintiff appears to be indicating that he wishes to renew the arguments made in a prior motion to compel discovery that he filed on September 17, 2012, which motion this Court denied at that time because discovery had not yet commenced. On May 6, 2013, this Court entering a Pretrial Order and Case Management Plan, stating that discovery was due by August 30, 2013, and that dispositive motions were due on September 30, 2013. (Doc. No. 34).

Following a motion for extension of time by Defendants, this Court entered an additional Order regarding scheduling order deadlines on July 26, 2013, stating that discovery was due by October 30, 2013. (Doc. No. 37). Furthermore, by separate order of this Court, dispositive motions are due on January 27, 2014. See (Doc. No. 39). Because the time for discovery has now passed, and because Plaintiff had ample time in which to file the instant motion to compel while the discovery period was still open, the Court will deny Plaintiff's motion to compel discovery as untimely.

1

**IT IS, THEREFORE ORDERED** that Plaintiff's Motion to Compel Discovery, (Doc. No. 40) is **DENIED**.

Signed: January 10, 2014

Robert J. Conrad, Jr.
United States District Judge