# United States District Court
# Western District of North Carolina
# CHARLOTTE  Division

| | | |
|---|---|---|
| Robert Parham, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:11-cv-00264-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Parsons, et al, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 28, 2014 Order.

July 28, 2014

Frank G. Johns, Clerk
United States District Court